**I. B. KLEINERT RUBBER CO., Plaintiff-Appellant, v. POLKASE MFG. CO., Inc., and Nathan Kase, Defendants-Appellees.**

(Circuit Court of Appeals, Second Circuit. December 7, 1925.)

No. 116.

Appeal from the District Court of the United States for the Southern District of New York.

Archibald Cox, Joseph L. Levy, and C. Ellery Edwards, all of New York City, for appellant.

Schechter & Lotsch, of New York City (J. Schechter and John L. Lotsch, both of New York City, of counsel), for appellees.

Before ROGERS, MANTON, and HAND, Circuit Judges.

PER CURIAM. Decree (10 F.[2d] 399) affirmed.